IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEALED SEARCH WARRANT | Case No. _____ |

## MOTION TO INTERVENE AND UNSEAL SEARCH WARRANT RECORDS

Pursuant to Federal Rule of Civil Procedure 24(b) and Local Rule 105.11, Proposed Intervenors The New York Times Company, Advance Publications, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Axios Media Inc., Bloomberg L.P., Cable News Network, Inc., Dow Jones & Company, Inc., publisher of The Wall Street Journal, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBCUniversal News Group, NOTUS (Allbritton Journalism Institute), POLITICO LLC, Reuters News & Media Inc., WP Company LLC d/b/a The Washington Post, and WUSA-TV (together, the "Press Movants") respectfully move to intervene in this sealed matter for the limited purpose of seeking access to sealed records related to the search warrant executed at the home of John Bolton on August 22, 2025. The grounds for this motion are set forth in the accompanying memorandum of law. A proposed order is also attached.

Dated: August 26, 2025　　　　Respectfully submitted,

　　　　　　　　　　　　　　　BALLARD SPAHR LLP

　　　　　　　　　　　　　　　/s/ *Maxwell S. Mishkin*
　　　　　　　　　　　　　　　Maxwell S. Mishkin (D. Md. Bar No. 20650)
　　　　　　　　　　　　　　　Charles D. Tobin (D. Md. Bar No. 15919)
　　　　　　　　　　　　　　　1909 K Street NW, 12th Floor
　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　Tel: (202) 661-2200
　　　　　　　　　　　　　　　Fax: (202) 661-2299
　　　　　　　　　　　　　　　mishkinm@ballardspahr.com
　　　　　　　　　　　　　　　tobinc@ballardspahr.com

　　　　　　　　　　　　　　　*Counsel for the Press Movants*