# Ballard Spahr LLP

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Tel: 202.508.1140
Fax: 202.661.2299
mishkinm@ballardspahr.com

FILED _____ ENTERED
LOGGED _____ RECEIVED

AUG 26 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

August 26, 2025

*Via Hand Delivery*

Hon. George L. Russell III
Chief District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Chambers 7A
Baltimore, MD 21201

Re: **Press Movants' Motion to Intervene and Unseal Search Warrant Records Pertaining to the August 22, 2025 Search at the Home of John Bolton**

Chief Judge Russell:

On behalf of the Press Movants listed in the enclosed, please find (1) Movants' Motion to Intervene and to Unseal Search Warrant Records; (2) a Memorandum of Law in Support thereof; (3) a Proposed Order; and (4) a Corporate Disclosure Statement.

The Press Movants respectfully request that the enclosed be docketed in the sealed matter related to the search warrant executed at the home of John Bolton on August 22, 2025. Movants further request that their motion be set for hearing as promptly as possible.

Sincerely,

/s/ Maxwell S. Mishkin

Maxwell S. Mishkin (D. Md. Bar No. 20650)
Charles D. Tobin (D. Md. Bar No. 15919)

Encl.