IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SEALED SEARCH WARRANT | Case No. _____ |

**[PROPOSED] ORDER GRANTING PRESS MOVANTS'
MOTION TO INTERVENE AND UNSEAL COURT RECORDS**

This matter is before the Court on the Motion to Intervene and Unseal Court Records filed in this matter by multiple news organizations (together, the "Press Movants"). Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Press Movants' request for limited intervention is GRANTED; and

IT IS HEREBY FURTHER ORDERED that the Press Movants' motion to unseal is GRANTED.

The Clerk of Court is directed to unseal and place on the public docket in this matter all records filed in connection with the search warrant executed at the home of John Bolton on August 22, 2025.

IT IS SO ORDERED.

Dated: _____

_____
United States District Judge