**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **In Re: Motion to Intervene and Unseal** | * | **Case No. 8:25-mc-00539-TJS** |
| **Search Warrant Records** | | |
| | * | |

\*     \*     \*     \*     \*     \*

**ORDER**

On  August 26, 2025, the Court received the Motion to Intervene and Unseal Search Warrant Records ("Motion") signed by counsel for Proposed Intervenors The New York Times Company, *et al.* (collectively, the "Press Movants"). The Court directed the Clerk to docket the Motion in the above-captioned case so that the matter may be fully briefed on the public record. The Court orders as follows:

1.    Counsel for the Press Movants shall promptly file notices of appearance in this case.

2.    If the Government wishes to respond to the Motion, it shall do so by September 3, 2025. The Government's response shall be filed in the above-captioned case. If the Government wishes to file any portion of its response *ex parte* and under seal to avoid disclosing matters that are already under seal, it shall comply with Local Rule 105.11 and it shall also file a redacted copy of its submission on the public record.

3.    Any reply in support of the Motion shall be filed by September 10, 2025.

4.    The Clerk of Court shall transmit a copy of this Order to the United States Attorney and to counsel for the Press Movants.

Date: August 27, 2025

_____/s/_____

Timothy J. Sullivan
Chief United States Magistrate Judge