IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In Re: Motion To Intervene And Unseal Search Warrant Records | * | Case No. 8:25-mc-00539-TJS |
| | * | |
| | * | |
| | * | |

*******

## UNITED STATES' MOTION TO FILE A PARTIALLY SEALED AND REDACTED RESPONSE TO PRESS MOVANTS' MOTION TO UNSEAL

Pursuant to Local Rule 105, the United States moves to partially seal and file a redacted Response to the Press Movants' Motion to Unseal.

To justify fully sealing a filing, the Government must demonstrate that: (1) there is a compelling Government interest requiring materials to be kept under seal and (2) there is no less restrictive means, such as redaction, available. In re Search Warrants Issued on April 26, 2004, 353 F. Supp. 2d 584 (D. Md. 2004). Here, the Government's unredacted Response details sensitive information regarding an ongoing criminal investigation where law enforcement is actively reviewing evidence and interviewing witnesses.

- Motion continues on following page -

The Government's proposed redactions protect the integrity of the open investigation while still publicly setting forth the legal and factual reasons for its opposition to the Press Movants' Motion.

The proposed, redacted Response is attached as Exhibit 1.

Respectfully submitted,

KELLY O. HAYES
UNITED STATES ATTORNEY

By: _____
Robert I. Goldaris
Thomas M. Sullivan
Assistant United States Attorneys

IT IS SO ORDERED this __4th__ day of September, 2025 that the United States Response to Press Movants' Motion to Unseal be filed partially sealed and on the open docket only in the proposed redacted format.

_____
HONORABLE TIMOTHY J. SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE