IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In Re: Motion To Intervene And Unseal Search Warrant Records | Case No. 8:25-mc-00539-TJS |

*******

## UNITED STATES' MOTION TO PARTIALLY UNSEAL SEARCH WARRANT RECORDS

Pursuant to the reasons stated in the United States' Response to Press Movants' Motion to Unseal, the Government hereby moves the Court to unseal the proposed, redacted versions of (1) the search warrant and its two attachments, (2) the warrant application, (3) the motion to seal the warrant-related records, (4) the order sealing the records, and (5) the Property Receipt summarizing materials seized during the search. These records are attached as Exhibit 1.

Respectfully submitted,

KELLY O. HAYES
UNITED STATES ATTORNEY

By: _____
Robert I. Goldaris
Thomas M. Sullivan
Assistant United States Attorneys

IT IS SO ORDERED this **4th** day of September, 2025.

_____
HONORABLE TIMOTHY J. SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE